**UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WAYNE MITCHELL<br>Plaintiff,<br>vs.<br>PEOPLE FOR PEOPLE CHARTER SCHOOL, INC., HERBERT H. LUSK, II, ROBERT STRAIN, LINDA CHANDLER, REGINALD LONG, DEBORAH WARE, KEITH BLACKWELL, PRI SEEBADRI, CAROL NATHANIEL, ANDRE C. WILLIAMS, FRANK L. ROBINSON, MACARTHUR VICKERS and SIDNEY FLORENCE,<br>Defendants. | CIVIL ACTION NO.<br>2:17-cv-02416-GJP |

**STIPULATION TO ACCEPT SERVICE ON BEHALF OF DEFENDANTS SEEBADRI, LONG, WARE AND NATHANIEL and ENLARGEMENT OF TIME TO RESPOND**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Wayne Mitchell ("Plaintiff") and Defendants, People for People Charter School, Inc., Herbert H. Lusk, II, Robert Strain, Linda Chandler, Reginald Long, Deborah Ware, Keith Blackwell, Pri Seebadri, Carol Nathaniel, Andre C. Williams, Frank L. Robinson, MacArthur Vickers and Sidney Florence, ("Defendants"), by and through their undersigned counsel, that Counsel for Defendants, Cecil J. Jones, Esquire, is authorized to and does hereby accept service of process of Plaintiff's Summons and Complaint on behalf of Defendants, Pri Seebadri, Carol Nathaniel, Reginald Long and Deborah Ware.

**IT IS FURTHER AGREED** that Defendants, Pri Seebadri, Carol Nathaniel, Reginald Long and Deborah Ware waive the right to original service of process and shall not be entitled to object on the basis of improper service.

**IT IS FURTHER AGREED,** subject to the Court's approval, that Defendants shall have 30-days from the date of this stipulated Order to file an Answer or otherwise respond to the

Plaintiff's Complaint.

**Stipulated and Agreed to By:**

Cecil J. Jones
I.D. No. 205952
One Penn Center
1617 John F. Kennedy Blvd., Suite 1010
Philadelphia, PA 19102
cjones@moodklaw.com
215-564-6688
*Counsel for Defendants*

Date: ____________

Fernando I. Rivera, Esquire
Sidkoff, Pincus & Green, P.C.
2700 Aramark Tower
1101 Market Street
Philadelphia, PA 19107
P: (215) 574-0600 F: (215) 574-0310
FRivera@SidkoffPincusGreen.com
*Counsel for Plaintiff*

Date: 8/9/17

**SO ORDERED**, this 14th day of August 2017.

Hon. Gerald J. Pappert
United States District Judge