**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WAYNE MITCHELL,<br>Plaintiff,<br>v.<br><br>PEOPLE FOR PEOPLE CHARTER SCHOOL, INC.; HERBERT H. LUSK, II; ROBERT STRAIN; LINDA CHANDLER; REGINALD LONG; DEBORAH WARE;KEITH BLACKWELL; PRI SEEBARDI;CAROL NATHANIEL; ANDRE C. WILLIAMS; FRANK L. ROBINSON; MACARTHUR VICKERS; and SIDNEY FLORENCE,<br><br>Defendants. | Civil Action No. 2:17-cv-02416 |

**SUBSTITUTION OF COUNSEL**

**TO THE CLERK:**

Kindly withdraw the appearance of Cecil J. Jones, Esquire and substitute the appearance of Gaetan J. Alfano, Esquire and Joseph L. Gordon, Esquire of the law firm of Pietragallo Gordon Alfano Bosick & Raspanti, LLP, as counsel for Defendants People for People Charter School, Inc. ("PFPCS"), Herbert H. Lusk, II, Robert Strain, Linda Chandler, Reginald Long, Deborah Ware, Keith Blackwell, Pri Seebadri, Carol Nathaniel, Andre C. Williams, Frank L. Robinson, Macarthur Vickers, and Sidney Florence (collectively referred to as "Defendants") in the above-captioned matter.

| | |
|---|---|
| MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C. | PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP |
| By:/s/Cecil J. Jones<br>CECIL J. JONES, ESQ.<br>One Penn Center<br>1617 John F. Kennedy Blvd.<br>Suite 1010<br>Philadelphia, Pa 19102 | By:/s/Gaetan J. Alfano<br>GAETAN J. ALFANO, ESQ.<br>JOSEPH L. GORDON, ESQ.<br>Pa. I.D. Nos. 32971 & 209075<br>1818 Market Street<br>Philadelphia, PA 19103 |

August 29, 2017

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the Substitution of Counsel was served on August 29, 2017 upon the following individual and in the manner indicated below:

**<u>VIA COURT'S ECF SYSTEM</u>**

Fernando I. Rivera, Esquire
Colleen Heckman, Esquire
Sidkoff Pincus & Green Pc
1101 Market St. - Suite 2700
Philadelphia, Pa 19107

*Attorneys for Plaintiff*

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By:/s/Gaetan J. Alfano
GAETAN J. ALFANO, ESQUIRE
JOSEPH L. GORDON, ESQUIRE
Pa. I.D. Nos. 32971 & 209075
1818 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants*

3447543v1