**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WAYNE MITCHELL,<br>Plaintiff,<br>v.<br><br>PEOPLE FOR PEOPLE CHARTER SCHOOL, INC.; HERBERT H. LUSK, II; ROBERT STRAIN; LINDA CHANDLER; REGINALD LONG; DEBORAH WARE;KEITH BLACKWELL; PRI SEEBARDI;CAROL NATHANIEL; ANDRE C. WILLIAMS; FRANK L. ROBINSON; MACARTHUR VICKERS; and SIDNEY FLORENCE,<br><br>Defendant. | Civil Action No. 2:17-cv-02416 |

**ENTRY OF APPEARANCE**

**TO THE CLERK:**

Kindly enter my appearance on behalf of Defendants People for People Charter School, Inc. ("PFPCS"), Herbert H. Lusk, II, Robert Strain, Linda Chandler, Reginald Long, Deborah Ware, Keith Blackwell, Pri Seebadri, Carol Nathaniel, Andre C. Williams, Frank L. Robinson, Macarthur Vickers, and Sidney Florence (collectively referred to as "Defendants") in the above-captioned matter.

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

Dated: August 30, 2017

By:/s/Joseph l. Gordon
GAETAN J. ALFANO, ESQ.
JOSEPH L. GORDON, ESQ.
Pa. I.D. Nos. 32971 & 209075
1818 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Entry of Appearance has been served this day upon the following individual and in the manner indicated below:

**VIA COURT'S ECF SYSTEM**

Fernando I. Rivera, Esquire
Colleen Heckman, Esquire
Sidkoff Pincus & Green Pc
1101 Market St. - Suite 2700
Philadelphia, Pa 19107

*Attorneys for Plaintiff*

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By: /s/Joseph L. Gordon
GAETAN J. ALFANO, ESQUIRE
JOSEPH L. GORDON, ESQUIRE
Pa. I.D. Nos. 32971 & 209075
1818 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants*

*Date:* August 30, 2017

*3448652v1*