IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE MITCHELL,<br><br>      *Plaintiff,*<br><br>  v.<br><br>PEOPLE FOR PEOPLE CHARTER SCHOOL, INC., *et al.*,<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 17-2416 |

## ORDER

**AND NOW**, this 27th day of April, 2018, upon consideration of Mitchell and People for People's joint Request for Approval of Settlement (ECF No. 19), it is **ORDERED** that the request for approval is **GRANTED** and People for People is **DISMISSED with prejudice**.

                                        BY THE COURT:

                                        ***/s/ Gerald J. Pappert***
                                        GERALD J. PAPPERT, J.