**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WAYNE MITCHELL**<br><br>**PLAINTIFF,**<br><br>**v.**<br><br>**PEOPLE FOR PEOPLE CHARTER SCHOOL, INC.; HERBERT H. LUSK, II; ROBERT STRAIN; LINDA CHANDLER; REGINALD LONG; DEBORAH WARE; KEITH BLACKWELL; PRI SEEBADRI; CAROL NATHANIEL; ANDRE C. WILLIAMS; FRANK L. ROBINSON; MACARTHUR VICKERS; AND SIDNEY FLORES**<br><br>**DEFENDANTS.** | **CIVIL ACTION NO. 2:17-cv-02416-GJP**<br><br>FILED<br>MAY - 2 2018<br>KATE BARKMAN, Clerk<br>By__________Dep. Clerk |

**ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED on this 2d day of May 2018, that Defendants Herbert H. Lusk II, Robert Strain, Linda Chandler, Reginald Long, Deborah Ware, Keith Blackwell, Pri Seebadri, Carol Nathaniel, Andre C. Williams, Frank L. Robinson, Mcarthur Vickers, and Sidney Flores, are hereby DISMISSED WITH PREJUDICE from this action as to all claims and causes of actions.

BY THE COURT:

GERALD J. PAPPERT, U.S.D.C.J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WAYNE MITCHELL**<br><br>**PLAINTIFF,**<br>**v.**<br><br>**PEOPLE FOR PEOPLE CHARTER SCHOOL, INC.; HERBERT H. LUSK, II; ROBERT STRAIN; LINDA CHANDLER; REGINALD LONG; DEBORAH WARE; KEITH BLACKWELL; PRI SEEBADRI; CAROL NATHANIEL; ANDRE C. WILLIAMS; FRANK L. ROBINSON; MACARTHUR VICKERS; AND SIDNEY FLORES**<br><br>**DEFENDANTS.** | **CIVIL ACTION NO. 2:17-cv-02416-GJP**<br><br>FILED<br>MAY - 2 2018<br>KATE BARKMAN, Clerk<br>By_____________Dep. Clerk |

**STIPULATION OF DISMISSAL**

Plaintiff Wayne Mitchell and Defendants Herbert H. Lusk II, Robert Strain, Linda Chandler, Reginald Long, Deborah Ware, Keith Blackwell, Pri Seebadri, Carol Nathaniel, Andre C. Williams, Frank L. Robinson, Mcarthur Vickers, and Sidney Flores (the "Individual Defendants") hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the Individual Defendants shall be dismissed with prejudice from this action as to all claims and causes of action.

**SIDKOFF, PINCUS & GREEN, P.C.**

*/s/ Colleen S. Heckman*
By: Colleen S. Heckman, Esq.
Attorney for Plaintiff

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

*/s/ Joseph L. Gordon*
By: Joseph L. Gordon, Esq.
Attorney for Defendants

Dated: May 2, 2018